# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

JEROME RANDOLPH

VERSUS

DEPARTMENT OF THE NAVEY,
BOARD FOR CORRECTION OF
NAVAL RECORDS

CIVIL ACTION

20-318-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated September 7, 2021 to which a Response[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss* is hereby GRANTED and the Plaintiff's defamation and Sixth Amendment claims are hereby DISMISSED WITHOUT PREJUDICE.

Signed in Baton Rouge, Louisiana the 29 day of September, 2021.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 18.
[2] Rec. Doc. 25.
[3] Rec. Doc. 26.